# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSA INES ZAZUETA, <br><br> Plaintiff, <br><br> v. <br><br> COMMISSIONER OF SOCIAL SECURITY, <br><br> Defendant. | Case No.: 1:20-cv-0749 JLT <br><br> ORDER GRANTING THE COMMISSIONER'S REQUEST FOR AN EXTENSION OF TIME <br><br> (Doc. 15) |

On July 1, 2021, the parties stipulated for Plaintiff to have an extension of thirty days to file an opening brief. (Doc. 15) Notably, the Scheduling Order permits a single thirty-day extension by the stipulation of parties (Doc. 6 at 3), and this is the first extension requested by either party. Accordingly, the Court **ORDERS**:

1. The extension of time is **GRANTED**; and
2. Plaintiff **SHALL** file her opening brief no later than **July 30, 2021**.

IT IS SO ORDERED.

Dated: __July 6, 2021__       _____/s/ Jennifer L. Thurston__
CHIEF UNITED STATES MAGISTRATE JUDGE

1