**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROSA INES ZAZUETA, ) | Case No.: 1:20-cv-0749 JLT |
| Plaintiff, ) ) ) | ORDER AWARDING ATTORNEY'S FEES AND EXPENSES PURSUANT TO 28 U.S.C. § 2412(d) |
| v. ) ) | (Doc. 22) |
| KILOLO KIJAKAZI[1], ) Acting Commissioner of Social Security, ) ) | |
| Defendant. ) ) | |

On November 23, 2021, Rosa Ines Zazueta and Kilolo Kijakazi, Acting Commissioner of Social Security, stipulated for the award and payment of attorney's fees and expenses in the amount of $4,800.00 pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d). (Doc. 22) Accordingly, the Court **ORDERS:** Subject to the terms of the parties' stipulation, Plaintiff is **AWARDED** fees and expenses in the amount of $4,800.00 under 28 U.S.C. § 2412(d).

IT IS SO ORDERED.

Dated:   **November 28, 2021**              _/s/ Jennifer L. Thurston_
                                      CHIEF UNITED STATES MAGISTRATE JUDGE

---

[1] This action was originally filed against Andrew Saul in his capacity as the Commissioner of Social Security. (*See* Doc. 1 at 1.) The Court has substituted Kilolo Kijakazi, who has since been appointed the Acting Commissioner of Social Security, as the defendant. *See* Fed. R. Civ. P. 25(d).